**CONTINUATION OF APPLICATION FOR A CRIMINAL COMPLAINT
AND ARREST WARRANT**

I, Cameron Bunker, being duly sworn, depose and state as follows:

**INTRODUCTION, AGENT BACKGROUND, AND PURPOSE OF THE
WARRANT**

1.    The facts of this case, as more fully detailed below, reveal that Gerald Lee PRESTON sexually exploited two minors.

2.    I am familiar with the information contained in this continuation based upon the investigation I have conducted and based on information provided to me by other law enforcement officers.

3.    The facts in this continuation come from my personal observations, my training and experience, and information obtained from other agents and witnesses. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

4.    I am a Special Agent with Homeland Security Investigations (HSI) out of the Grand Rapids, Michigan office and have been with HSI since May 2023. As an HSI Special Agent, I have investigated (among other crimes) criminal violations of U.S. Customs laws, and federal child sexual exploitation violations, to include those involving the use of the Internet and interstate communications. I am familiar with the various statutes of Title 18, United States Code, Chapter 110, including the sexual exploitation of children in violation of 18 U.S.C § 2251(a).  I have received training in the investigation of child sexual exploitation, and I have conducted

1

numerous investigations relating to sexual crimes against children through the use of the Internet. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

5.      Prior to my tenure as a Special Agent, I was a Uniformed Division Officer with the United States Secret Service for four years. As a Uniformed Division Officer, I enforced both federal and Washington, D.C. laws while working a perimeter around the White House complex. I obtained a bachelor's degree in Criminal Justice – Law Enforcement and associate's degrees in both Criminal Justice – Homeland Security and Internet/Network Specialist from Lake Superior State University.

6.      This continuation contains information necessary to support a finding of probable cause that Gerald Lee PRESTON committed the following crimes (collectively, the SUBJECT OFFENSES):

a.      Sexual Exploitation of a Minor, 18 U.S.C. § 2251(a) (Minor Victim 1)

b.      Sexual Exploitation of a Minor, 18 U.S.C. § 2251(a) (Minor Victim 2)

**FACTS ESTABLISHING PROBABLE CAUSE**

7.      On December 19, 2011, photobucket.com[1] submitted CyberTipline Report 1316520 (the CT) to the National Center for Missing & Exploited Children (NCMEC). Photobucket.com reported that an individual with the email address budlight0123@yahoo.com and screen name budlight0123 (hereinafter referred to as TARGET), uploaded five files total, four of suspected child pornography to

---

[1] Photobucket.com is a cloud-based photo and video storage website where users can upload media to private, secure albums. Users can share hyperlinks to their albums or make it public.

2

photobucket.com. The files are described below:

a.   **2011-12-18_09-09-02_981.jpg** - The image shows a prepubescent minor female *(self-identified as MV-2)* from her stomach to her lower thighs. The minor is nude from the waist down and is wearing a pink long-sleeved shirt on with some cheetah print. The shirt is pulled up near her belly button. Her left hand is resting on her waistline. Her vulva is visible and is the focal point of the image.

b.   **2011-12-18_09-12-58_966.jpg** - The image shows a prepubescent female's face *(self-identified as MV-1)* from her brow to just below her chin. She is a white female with brown eyes and long blonde hair. She is missing some of her front teeth.

c.   **2011-12-18_20-08-42_67.jpg** - The image shows a prepubescent minor female *(self-identified as MV-1)* from her chest to her lower thigh. She is wearing a long-sleeved shirt. The sleeves are pink and the torso is yellow with depictions of flowers and words. The female is wearing pants. She has her right hand pinning the bottom part of her shirt against her stomach. Her left hand is holding down her pants at the front of the waistline, to just below her mid-thigh. Her vulva is visible and is the focal point of the image. On the right and partially out of the image is a prepubescent minor fully clothed in a red shirt with a football helmet on it and dark colored pants. There is a child's bed in the background with a blue comforter on it with images of sports equipment.

d.    **2011-12-18_14-16-40_208.jpg** - The image shows a prepubescent minor female *(self-identified as MV-2)* lying down. The image depicts her body from her stomach to her lower thighs. The female is only wearing a blue long-sleeve shirt. The bottom of the shirt is in line with her belly button. Her hands are placed on her hips Her vulva is visible and is the focal point of the image. There is an adult's hand in the image on the left side, in between the minor's thighs.

e.    **2011-12-18_09-08-15_198.jpg** - The image shows a prepubescent minor female *(self-identified as MV-1)* lying down and depicted from her chest to her lower thighs. The female is wearing a long-sleeve shirt that has pink sleeves and a pink/orange torso with depictions on it to include a snowflake. The minor is pulling down her pink pants with both hands so they are around her lower thighs. Her vulva is visible and is the focal point of the image.

8.    On March 6, 2026, the Department of Homeland Security's (DHS) Victim Identification Task Force (VIDTF) reviewed the five images from the CT. VIDTF was created to review older CyberTipline and child pornography series' where the victims have yet to be identified. VIDTF uses current facial recognition technology to attempt to identify victims. VIDTF reviewed the images submitted to the CT by photobucket.com. The National Center for Missing and Exploited Children (NCMEC) sent the CT to Michigan State Police (MSP) on January 11, 2012. VIDTF confirmed in March 2026 with NCMEC and MSP that the victims in the CT still had not been identified.

9.    VIDTF checked the metadata associated with image, "2011-12-18_09-08-15_198.jpg." They discovered the GPS coordinate 42.16388889 N, 84.71055556 W was embedded in the image.  The GPS coordinates resolve to Homer, MI.

10.    VIDTF performed a facial recognition technology (FRT) search for Minor Victim 1 (MV1) and discovered two hits for images posted to a Michigan school's website and one hit to a Facebook account. The individual in these images is now a 21-year-old female in Michigan.

*Minor Victim 1*

11.    On March 16, 2026, an HSI Forensic Interview Specialist interviewed the 21-year-old female that facial recognition identified in the image from the CT. The female (hereinafter referred to as MV-1) stated that both her and another minor female relative (hereafter MV-2) were sexually abused by PRESTON beginning when she was approximately three years old. MV-1 stated that PRESTON would abuse the two of them at the same time. MV-1 stated that PRESTON sexually assaulted her multiple times.  MV-1 identified herself in 2011-12-18_09-12-58_966.jpg, an image of a prepubescent female's face, and two of the images of CSAM (2011-12-18_09-08-15_198.jpg and 2011-12-18_20-08-42_67.jpg).  MV-1 did not know who took the pictures but recognized the background of the images, and identified her brother's bedding in her residence.  MV-1 identified her minor female relative (MV-2) in the CSAM series.  MV-1 stated MV-2 disclosed to her that PRESTON sexually assaulted her as well.

*Minor Victim 2*

12.     On March 18, 2026, an HSI Forensic Interview Specialist interviewed MV-2.  MV-2 was 20 years old at the time of the interview and stated she was 6-7 years old during the time of the victimization.  MV-2 positively identified herself in two of the images of CSAM in this series (2011-12-18_09-09-02_981.jpg and 2011-12-18_14-16-40_208.jpg).  MV-2 disclosed PRESTON sexually assaulted her on at least one occasion.

13.     A review of the GPS coordinates provided above (Paragraph 9) revealed that those coordinates are approximately one mile away from 29250 E M60 Homer, MI, the residence of Gerald PRESTON.

14.     On March 20, 2026, HSI sent Subpoena #HSI-DT-2026-041121-001 to Yahoo! requesting subscriber information for the email address budlight0123@yahoo.com.  On March 26, 2026, Yahoo! responded to the subpoena with the below information:

a.     Other Identities: budlight0123

b.     Registration Date: 10/14/2007

c.     Full name: Gerald Preston

d.     Recovery Email: preston4703@yahoo.com

e.     Recovery Phone: 517-745-1276

15.     On March 27, 2026, HSI conducted a law enforcement database query on phone number 517-745-1276. The query showed that the phone number was attributed to PRESTON from July 2016 until October 2024.

6

16.    PRESTON was also found to be a registered sex offender in the State of Michigan with a conviction in December 2017, for Criminal Sexual Conduct, 4th Degree (Force or Coercion).

17.    According to the public website for the Michigan Sex Offender Registry (SOR), PRESTON's address is 29250 E M60 Homer, MI 49245, and that his last verification date was 1/20/2026.

18.    Based on my training and experience as a Special Agent for HSI, and the information contained in this continuation, I believe that probable cause exists to believe that Gerald PRESTON committed the SUBJECT OFFENSES.