UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                                  Hon. Phillip J. Green

v.

                                                  Case No.  1:26-mj-00139

GEARLD LEE PRESTON,

     Defendant.
_____/

## **ORDER OF DETENTION**

This matter is before the Court on the government's motion for pretrial detention.  Defendant has been charged in a Criminal Complaint charging him with two counts of sexual exploitation of a minor in violation of 18 U.S.C. § 2251(a).  Given the nature of the charges, there is a statutory rebuttable presumption in favor of detention.

The government sought defendant's detention on the basis the he is a danger to the community, 18 U.S.C. § 1342(f)(1). The Court conducted a hearing on April 6, 2026, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds, as explained on the record, that the government has sustained its burden by clear and convincing evidence that he is a danger to the

community.   Further, the Court finds that there is no condition or combination of conditions of release that will ensure the safety of the community.  Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on April 6, 2026.

Date April 6, 2026                                  /s/ Phillip J. Green
                                                   PHILLIP J. GREEN
                                                   United States Magistrate Judge